UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:16-cv-00872-FDW
(3:12-cr-00146-FDW-3)

| SYLVESTER CRUSE, Jr., | ) | |
|---|---|---|
| Petitioner, | ) | |
| vs. | ) | **ORDER** |
| UNITED STATES OF AMERICA, | ) | |
| Respondent. | ) | |

**THIS MATTER** is before the Court on Petitioner's Motion to Supplement Pleading Pursuant to Fed. R. Civ. P. 15(d). [Doc. 4].

On December 28, 2016, Petitioner filed a Section 2255 Petition to Vacate, Set Aside or Correct Sentence seeking his July 2014 conviction be vacated. [Doc. 1]. The Court ordered the Government to respond to the motion to vacate. [Doc. 2]. On March 31, 2017, the Court granted the Government's motion to stay Petitioner's motion pending the Fourth Circuit's decision in United States v. Ali, No. 15-4433.

Petitioner now moves to supplement his motion to vacate pursuant to Rule 15(d) of the Federal Rules of Civil Procedure in light of the United States Supreme Court decision in United States v. Davis, 139 S.Ct. 2319 (June 24, 2019). The Court will grant the Petitioner's motion.

**IT IS, THEREFORE, ORDERED** that:

Petitioner's Motion to Supplement Pleading Pursuant to Fed. R. Civ. P. 15(d) [Doc. 4] is **GRANTED**.

Signed: July 24, 2019

Frank D. Whitney
Chief United States District Judge